PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STATE OF OHIO, | ) | |
| | ) | CASE NO. 4:23CV0050 |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| GENE P. KELLY EL, | ) | **MEMORANDUM OF OPINION** |
| | ) | **AND ORDER** |
| Defendant. | ) | [Resolving ECF No. 3] |

Pending is *Pro Se* Defendant Gene P. Kelly EL's Motion to Withdraw Notice of Removal (ECF No. 3), filed on January 13, 2023.

On December 14, 2022, Defendant received a traffic ticket for refusing to pay the toll on the Ohio Turnpike, which was filed in the Struthers, Ohio Municipal Court (Case No. TRD 2201341). On January 10, 2023, Defendant removed the above-entitled action to this Court on the basis of federal question jurisdiction – conspiracy to violate the criminal statutes in 18 U.S.C. §§ 241 and 242 prohibiting civil-rights violations. *See* Civil Cover Sheet (ECF No. 1-1) at Sections II and VI.

Defendant's Motion to Withdraw Notice of Removal (ECF No. 3) is granted. The case at bar is remanded to the Struthers, Ohio Municipal Court.

IT IS SO ORDERED.

| | |
|---|---|
|   January 31, 2023 |   */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |